Attachment A

2022/2023 Chevy Blazer

2022/2023 Chevy Bolt EUV

2022/2023 Chevy Bolt EV

2022/2023 Chevy Camaro

2022/2023 Chevy Colorado

2022/2023 Chevy Corvette

2022/2023 Chevy Equinox

2022/2023 Chevy Malibu

2022/2023 Chevy Silverado 1500

2022/2023 Chevy Silverado 2500 HD

2022/2023 Chevy Silverado 3500 HD

2022/2023 Chevy Suburban

2022/2023 Chevy Tahoe

2022/2023 Chevy Trailblazer

2022/2023 Chevy Traverse

2022/2023 GMC Acadia

2022/2023 GMC Canyon

2022/2023 GMC Sierra 1500 Limited

2022/2023 GMC Sierra 2500 HD/3500 HD

2022/2023 GMC Terrain

2022/2023 Buick Enclave

2022/2023 Buick Encore GX

2022/2023 Buick Envision

2022/2023 Cadillac CT4

2022/2023 Cadillac CT4 V-Series

2022/2023 Cadillac CT5

2022/2023 Cadillac CT5 V-Series

2022/2023 Cadillac XT4

2022/2023 Cadillac XT5

2022/2023 Cadillac XT6