IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MEL NAVIP LLC | § | |
| | § | |
| v. | § | CASE NO. 2:23-cv-00175-JRG |
| | § | (Lead Case) |
| GENERAL MOTORS COMPANY et al. | § | |

| | | |
|---|---|---|
| MEL NAVIP LLC | § | |
| | § | |
| v. | § | CASE NO. 2:23-cv-00176-JRG |
| | § | (Member Case) |
| HYUNDAI MOTOR COMPANY et al. | § | |

## ORDER

Before the Court is the FRCP 41(a)(1)(A)(i) Dismissal with Prejudice (the "Notice") filed by Plaintiff Mel NavIP LLC ("Plaintiff") and Hyundai Motor America, Hyundai Capital America, Kia Corporation and Kia America, Inc. ("Defendants"). (Dkt. No. 51.) In the Notice, Plaintiff dismisses the above-captioned Member Case against Defendants with prejudice and Defendants dismisses its counterclaims against Plaintiff without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendants in the above-captioned Member Case are **DISMISSED WITH PREJUDICE**. Defendants' claims and causes of action against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs,

expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 11th day of June, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE